IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IMMANUEL MENELIK WILLIAMS, | Case No. 6:23-cv-00839-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| OSH MAIL ROOM *et al.*, | |
| Defendants. | |

**BECKERMAN, U.S. Magistrate Judge.**

The Court GRANTS Plaintiff's Motion to Dismiss (ECF No. 14) filed on August 3, 2023, and ORDERS that this action is DISMISSED, without prejudice.

**IT IS SO ORDERED.**

DATED this 4th day of August, 2023.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER OF DISMISSAL